# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SFX Entertainment, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10238 (MFW) <br><br> **Ref. Docket No. 2** |
| In re: <br><br> 430R Acquisition LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10239 (MFW) |
| In re: <br><br> Beatport, LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10240 (MFW) |
| In re: <br><br> Core Productions LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10241 (MFW) |
| In re: <br><br> EZ Festivals LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10242 (MFW) |
| In re: <br><br> Flavorus, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10243 (MFW) |
| In re: <br><br> ID&T/SFX Mysteryland LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10244 (MFW) |

| | |
|---|---|
| In re:<br><br>ID&T/SFX North America LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10245 (MFW) |
| In re:<br><br>ID&T/SFX Q-Dance LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10246 (MFW) |
| In re:<br><br>ID&T/SFX Sensation LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10247 (MFW) |
| In re:<br><br>ID&T/SFX TomorrowWorld LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10248 (MFW) |
| In re:<br><br>LETMA Acquisition, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10249 (MFW) |
| In re:<br><br>Made Event, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10250 (MFW) |
| In re:<br><br>Michigan JJ Holdings LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10251 (MFW) |

| | |
|---|---|
| In re: <br><br> SFX Acquisition LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10252 (MFW) |
| In re: <br><br> SFX Brazil LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10253 (MFW) |
| In re: <br><br> SFX Canada Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10254 (MFW) |
| In re: <br><br> SFX Development LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10255 (MFW) |
| In re: <br><br> SFX EDM Holdings Corporation, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10256 (MFW) |
| In re: <br><br> SFX Entertainment International, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10257 (MFW) |
| In re: <br><br> SFX Entertainment International II, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10258 (MFW) |

| | |
|---|---|
| In re: <br><br> SFX Intermediate Holdco II LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10259 (MFW) |
| In re: <br><br> SFX Managing Member Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10260 (MFW) |
| In re: <br><br> SFX Marketing LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10261 (MFW) |
| In re: <br><br> SFX Platform & Sponsorship LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10262 (MFW) |
| In re: <br><br> SFX Technology Services, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10263 (MFW) |
| In re: <br><br> SFX/AB Live Event Canada, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10264 (MFW) |
| In re: <br><br> SFX/AB Live Event Intermediate Holdco LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-10265 (MFW) |

| | |
|---|---|
| In re:<br><br>SFX/AB Live Event LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10266 (MFW) |
| In re:<br><br>SFX-94 LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10267 (MFW) |
| In re:<br><br>SFX-Disco Intermediate Holdco LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10268 (MFW) |
| In re:<br><br>SFX-Disco Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10269 (MFW) |
| In re:<br><br>SFXE IP LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10270 (MFW) |
| In re:<br><br>SFX-EMC, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10271 (MFW) |
| In re:<br><br>SFX-Hudson LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10272 (MFW) |

| | |
|---|---|
| In re:<br><br>SFX-IDT N.A. Holding II LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10273 (MFW) |
| In re:<br><br>SFX-LIC Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10274 (MFW) |
| In re:<br><br>SFX-IDT N.A. Holding LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10275 (MFW) |
| In re:<br><br>SFX-Nightlife Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10276 (MFW) |
| In re:<br><br>SFX-Perryscope LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10277 (MFW) |
| In re:<br><br>SFX-React Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10278 (MFW) |
| In re:<br><br>Spring Awakening, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10279 (MFW) |

| In re: | Chapter 11 |
|---|---|
| SFXE Netherlands Holdings Coöperatief U.A., | Case No. 16-10280 (MFW) |
| Debtor. | |
| In re: | Chapter 11 |
| SFXE Netherlands Holdings B.V., | Case No. 16-10281 (MFW) |
| Debtor. | |

### ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the motion (the "**Motion**")[1] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, for entry of an order: (a) authorizing and directing the joint administration of the Debtors' affiliated chapter 11 cases (the "**Chapter 11 Cases**") for procedural purposes only and (b) providing any additional relief required in order to effectuate the foregoing; and upon the *Declaration of Michael Katzenstein in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* (the "**First Day Declaration**"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

7

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 16-10238. The docket in Case No. 16-10238 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order.
>
> Case No. 16-10239; Case No. 16-10240; Case No. 16-10241; Case No. 16-10242; Case No. 16-10243; Case No. 16-10244; Case No. 16-10245; Case No. 16-10246; Case No. 16-10247; Case No. 16-10248; Case No. 16-10249; Case No. 16-10250; Case No. 16-10251; Case No. 16-10252; Case No. 16-10253; Case No. 16-10254; Case No. 16-10255; Case No. 16-10256; Case No. 16-10257; Case No. 16-10258; Case No. 16-10259; Case No. 16-10260; Case No. 16-10261; Case No. 16-10262; Case No. 16-10263; Case No. 16-10264; Case No. 16-10265; Case No. 16-10266; Case No. 16-10267; Case No. 16-10268; Case No. 16-10269; Case No. 16-10270; Case No. 16-10271; Case No. 16-10272; Case No. 16-10273; Case No. 16-10274; Case No. 16-10275; Case No. 16-10276; Case No. 16-10277; Case No. 16-10278; Case No. 16-10279; Case No. 16-10280; and Case No. 16-10281.

6. The Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of the Debtors' estates.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: February 3, 2016

_____
HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE